# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| BRET WOODALL on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCTAPHARMA PLASMA, INC.,<br><br>Defendant. | **Case No. 3:24-cv-00424** |
| ALANA LENAWAY, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCTAPHARMA PLASMA, INC.,<br><br>Defendant. | **Case No. 3:24-cv-00430** |
| SARABETH EAVES and BONNIE EAVES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCTAPHARMA PLASMA, INC.,<br><br>Defendant. | **Case No. 3:24-cv-00439** |
| MARK WALTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCTAPHARMA PLASMA, INC.,<br><br>Defendant. | **Case No. 3:24-cv-00444** |

|  |  |
|---|---|
| ANGELA ADAMS, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>OCTAPHARMA PLASMA, INC.,<br><br>                  Defendant. | Case No. 3:24-cv-00459 |

## PLAINTIFF'S AMENDED MOTION TO CONSOLIDATE

Plaintiff Bret Woodall ("Plaintiff"), through undersigned counsel, hereby moves this Court for an Order pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Civil Rule 5.2.1(D) for an Order consolidating the matter. In support of Plaintiff's Amended Motion, Plaintiff states as follows:

Along with his own case, Plaintiff seeks consolidation of the following cases (collectively the "Related Matters" pending in this District involving common issues of law and fact:

- *Lenaway v. OctaPharma Plasma, Inc.,* Case No. 3:24-cv-00430;
- *Eaves v. OctaPharma Plasma, Inc., et al.*, Case No. 3:24-cv-00439;
- *Walter v. OctaPharma Plasma, Inc., et al.*, Case No. 3:24-cv-00444, and;
- *Adams v. OctaPharma Plasma, Inc.,* Case No. 3:24-cv-00459.

The Related Matters bring claims against the same Defendant, OctaPharma Plasma, Inc. ("Defendant"), on behalf of the same class, persons whose personally identifiable information ("PII") and/or personal health information ("PHI") was compromised in a data breach by Defendant. Therefore, Plaintiff respectfully requests that the Related Matters be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

A previous Motion to Consolidate and Memorandum in Support were filed in *Woodall* on May 6, 2024; a previous Notice of Filing Motion to Consolidate was filed in *Lenaway*, *Eaves*, and *Walter* on May 8, 2024.

This Amended Motion to Consolidate cases is being filed in *Woodall*, with an Amended Notice of Filing being filed in the *Lenaway*, *Eaves*, *Walter*, and *Adams* actions. This Motion is supported by counsel in each of the five pending actions. Counsel for Defendant has yet to appear

in these cases. As of the time of this filing, Plaintiff Woodall is not aware of any additional actions pending in this District which may involve common issues of fact and law.

WHEREFORE, for these reasons and those more fully stated in the memorandum submitted herewith, Plaintiff respectfully requests that the Court exercise its broad discretion under Rule 42(a), Fed. R. Civ. P., and consolidate these actions pending in this district.

DATE: May 14, 2024

Respectfully submitted,

*s/ Jean S. Martin*
Jean S. Martin
NC State Bar #25703
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
*jeanmartin@forthepeople.com*

Daniel Srourian*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Steven A. Schwartz*
steveschwartz@chimicles.com
Beena M. McDonald*
bmm@chimicles.com
Alex M. Kashurba*
amk@chimicles.com
Marissa N. Pembroke*
mnp@chimicles.com
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

**TURKE & STRAUSS LLP**

Samuel J. Strauss*
Raina Borrelli*
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: 872.263.1100
sam@straussborrelli.com
raina@straussborrelli.com

Scott Harris*
Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, North Carolina 27603
Tel.: 919-600-5003
Fax: 919-600-5035
sharris@milberg.com
gklinger@milberg.com

Jeff Ostrow*
Ken Grunfeld*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com
grunfeld@kolawyers.com

*Pro Hac Vice Application Forthcoming*

*Counsel for Representative Plaintiffs and the Proposed Class(es)*