UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-424-MOC

| | |
|---|---|
| BRET WOODALL, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>OCTOPHARMA PLASMA, INC.,  )<br>)<br>)<br>Defendant.  )<br>)  | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Amended Motion to Consolidate Lenaway v. Octapharma Plasma, Inc., Case No. 3:24-cv-430, Eaves v. OctaPharma Plasma, Inc., Case No. 3:24-cv-439, Walter v. OctaPharma Plasma, Inc., Case No. 3:24-cv-444, and Adams v. Octapharma Plasma, Inc., Case No.: 3:24-cv-459, under Woodall v. Octapharma Plasma, Inc., Case No. 3:24-cv-424. (Doc. No. 5).

Having considered the motion and reviewed the pleadings, and under the Court's discretion pursuant to FED. R. CIV. P. 42(a), the court will grant the motion and consolidate the related cases currently pending in this District.

**ORDER**

**IT IS, THEREFORE, ORDERED**:

1. Plaintiff's Amended Motion to Consolidate (Doc. No. 5) is **GRANTED**, and Lenaway v. Octapharma Plasma, Inc., Case No. 3:24-cv-430, Eaves v. OctaPharma Plasma, Inc., Case No. 3:24-cv-439, Walter v. OctaPharma Plasma, Inc., Case No.

1

3:24-cv-444, and <u>Adams v. Octapharma Plasma, Inc.</u>, Case No.: 3:24-cv-459 are consolidated under <u>Woodall v. Octapharma Plasma, Inc.</u>, Case No. 3:24-cv 424. The <u>Woodall</u> case is designated as the lead case. The Clerk is directed to close Case No. 3:24-cv-430, Case No. 3:24-cv-439, Case No. 3:24-cv-444, and Case No.: 3:24-cv-459. All papers filed in the Related Actions shall be filed only in Case No. Case No. 3:24-cv-424.

2. Plaintiff's original Motion to Consolidate (Doc. No. 4) shall be **TERMINATED** as **MOOT**.

3. Plaintiff shall file a Consolidated Complaint no later than 30 days following entry of this Order. Defendant shall respond to the Consolidated Complaint no later than 30 days after Plaintiff's filing.

Signed: July 8, 2024

Max O. Cogburn Jr
United States District Judge