**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00424-MOC-SCR**

| | |
|---|---|
| **BRET WOODALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )     **ORDER** |
| **OCTAPHARMA PLASMA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

      **THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Alex M. Kashurba, Beena M. McDonald, Marissa N. Pembroke and Steven A. Schwartz]" (Doc. Nos. 22-25) filed July 10, 2024. For the reasons set forth therein, the Motions will be granted.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

      **SO ORDERED**.

_____
Susan C. Rodriguez
United States Magistrate Judge