IN THE UNITED STATES DISTRICRT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRET WOODALL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCTAPHARMA PLASMA, INC.,<br><br>Defendant. | Case No. 3:24-cv-00424-MOC-SCR |

## JOINT MOTION TO STAY

Plaintiffs Kevin David Allport, Judy Kay Bishop, Karoline McKay, Labri Melzer, Timothy Taylor, and Jacob Borrero ("Plaintiffs") and Defendant Octapharma Plasma, Inc., ("Defendant") (collectively, with Plaintiffs, the "Parties") hereby jointly move the Court to stay all pending case deadlines pending the Parties' ongoing settlement negotiations. The facts and law in support of this motion are more fully set forth in the accompanying Memorandum of Law.

WHEREFORE, the Parties move this Court for an order staying all case deadlines in this matter pending their ongoing settlement negotiations.

Date: December 9, 2024

| | |
|---|---|
| /s/ Jean S. Marttin<br>Jean S. Martin (N.C. Bar No. 25703)<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br>Email: jeanmartin@forthepeople.com | /s/ Kevin V. Parsons<br>Kevin Parsons (Bar No. 19226)<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>521 East Morehead Street, Suite 250<br>Charlotte, NC 28202<br>Telephone: (704) 926-3758<br>Fax: (704) 557-9932<br>Email: kevin.parsons@lewis.brisbois.com |

- 1 -

Daniel Srourian
Srourian Law Firm, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
Telephone: (213) 474-3800
Email: daniel@slfla.com

*Counsel for Plaintiffs*

Allison Holt Ryan (*pro hac vice*)
Lance Murashige (*pro hac vice*)
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
Email: allison.holt-ryan@hoganlovells.com
Email: lance.murashige@hoganlovells.com

Darnesha Carter (*pro hac vice*)
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6500
Fax: (305) 459-6550
Email: darnesha.carter@hoganlovells.com

*Counsel for Defendant Octapharma Plasma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, the foregoing Joint Motion to Stay All Case Deadlines Pending Ongoing Settlement Negotiations, was filed and served electronically on counsel of record. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ Kevin V. Parsons
Kevin Parsons