IN THE UNITED STATES DISTRICRT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

BRET WOODALL, on behalf of himself and others similarly situated,

Plaintiff,

v.

OCTAPHARMA PLASMA, INC.,

Defendant.

Case No. 3:24-cv-00424-MOC-SCR

**JOINT NOTICE OF SETTLEMENT AND STATUS REPORT**

Plaintiffs Kevin David Allport, Judy Kay Bishop, Karoline McKay, Labri Melzer, Timothy Taylor, and Jacob Borrero ("Plaintiffs") and Defendant Octapharma Plasma, Inc., ("Defendant") (collectively, the "Parties"), hereby jointly notify the Court that the Parties have agreed to a settlement in principle on the essential terms that would resolve this action on a class-wide basis, pending the Court's approval.

The Parties are presently preparing a final and definitive settlement agreement, which they anticipate executing and presenting for this Court's approval within 30 days of this filing.

To avoid any unnecessary waste of judicial resources, the Parties jointly request that the Court extend the stay of all currently-pending deadlines in this case.

Date: April 10, 2025

*Counsel for Plaintiffs*

/s/ Jean S. Martin
Jean S. Martin (N.C. Bar No. 25703)
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

*Counsel for Defendant Octapharma Plasma, Inc.*

/s/ Kevin Parsons
Kevin Parsons (Bar No. 19226)
LEWIS BRISBOIS BISGAARD & SMITH LLP
521 East Morehead Street, Suite 250
Charlotte, NC 28202
Telephone: (704) 926-3758

- 1 -

Telephone: (813) 223-5505  
Facsimile: (813) 223-5402  
Email: jeanmartin@forthepeople.com

Fax: (704) 557-9932  
Email: kevin.parsons@lewis.brisbois.com

Allison Holt Ryan (*pro hac vice*)  
Lance Murashige (*pro hac vice*)  
HOGAN LOVELLS US LLP  
555 13th Street NW  
Washington, D.C. 20004  
Telephone: (202) 637-5600  
Fax: (202) 637-5910  
Email: allison.holt-ryan@hoganlovells.com  
Email: lance.murashige@hoganlovells.com

Darnesha Carter (*pro hac vice*)  
HOGAN LOVELLS US LLP  
600 Brickell Avenue  
Suite 2700  
Miami, Florida 33131  
Telephone: (305) 459-6500  
Fax: (305) 459-6550  
Email: darnesha.carter@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, the foregoing Notice of Settlement was filed and served electronically on counsel of record. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ Jean S. Martin
Jean S. Martin