UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-424-MOC-SCR

| | |
|---|---|
| BRET WOODALL, )<br>on behalf of himself and others )<br>similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>OCTOPHARMA PLASMA, INC., )<br>)<br>)<br>Defendants. )<br>_____) | **ORDER** |

This matter is before the Court on its own motion following the parties' Joint Status Report, filed on May 14, 2025. (Doc. No. 40).

As requested by the parties, the parties will be granted an additional 30 days to file a motion for preliminary approval of class settlement.

**IT IS SO ORDERED**.

Signed: May 20, 2025

Max O. Cogburn Jr.
United States District Judge

1