# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| BRET WOODALL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OCTAPHARMA PLASMA, INC.,<br><br>Defendant. | Case No. 3:24-cv-00424-MOC-SCR |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS

Pursuant to Fed. R. Civ. P. 23(h), this Court's Preliminary Approval Order (ECF No. 44), and the class action Settlement Agreement entered into between the Parties (ECF No. 43, Ex. 1), Plaintiffs, though Class Counsel, respectfully move the Court for an award of attorneys' fees in the amount of $849,915.00, reimbursement of expenses in the amount of $17,518.36, and service awards to Plaintiffs Kevin David Allport, Judy Kay Bishop, Karoline McKay, Labri Melzer, Timothy Taylor and Jacob Borrero and Randell Sharp in the amount of $2,500.00 each.

This Motion is supported by the Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards; the Declaration of Daniel Srourian in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards ("Srourian Decl."); and all files, records, and proceedings in this matter.

1

DATED: October 15, 2025        Respectfully submitted,

*/s/ Jean S. Martin*
Jean S. Martin (N.C. Bar No. 25703)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 223-5402
Email: jeanmartin@forthepeople.com

Daniel Srourian, Esq. (*pro hac vice*)
**SROURIAN LAW FIRM, P.C.**
468 N Camden Dr, Ste 200
Beverly Hills, California 90210
Tel: (213) 474-3800
E: daniel@slfla.com

*Attorneys for Plaintiffs and the Class*