# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**BRET WOODALL,** individually, and on behalf of all others similarly situated,

    Plaintiffs,

vs.

**OCTAPHARMA PLASMA, INC.**,

    Defendant.

Case No.: 3:24-cv-00424-MOC-SCR

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Kevin David Allport, Judy Kay Bishop, Karoline McKay, Labri Melzer, Timothy Taylor and Jacob Borrero, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Grant Final Approval to the settlement described in the "Settlement Agreement" between Plaintiffs and Octapharma Plasma, Inc. ("Defendant") as fair, reasonable, and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23;

3. Finally approve the appointment of Plaintiffs as Class Representatives;

4. Finally approve the appointment of Jean S. Martin of Morgan & Morgan Complex Litigation Group and Daniel Srourian of Srourian Law Firm, P.C as Class Counsel;

5. Grant Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards filed on October 15, 2025;

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; (3) the Settlement Agreement; (4) the

Preliminary Approval Order (ECF 49); (5) the [Proposed] Final Approval Order; (6) the records, pleadings, and papers filed in this action; and (7) such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on December 4, 2025.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Dated: November 14, 2025.                                Respectfully submitted,

*/S/ Jean S. Martin*
Jean S. Martin (N.C. BAR NO. 25703)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 223-5402
Email: jeanmartin@forthepeople.com

Daniel Srourian, Esq. (*Pro Hac Vice*)
**SRORIAN LAW FIRM, P.C.**
468 N Camden Dr, Ste 200
Beverly Hills, California 90210
Tel: (213) 474-3800
E: daniel@slfla.com

*Attorneys For Plaintiffs and the Class*