UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00424-MOC-SCR

| | |
|---|---|
| KEVIN ALLPORT ) | |
| BRET WOODALL ) | |
| LABRI MELZER ) | |
| JACOB BORRERO ) | |
| TIMOTHY TAYLOR ) | |
| JUDY KAY BISHOP ) | |
| KAROLINE MCKAY, ) | |
| ) | ORDER |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| OCTAPHARMA PLASMA, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards (Doc. No. 45).

**WHEREAS**, having considered the papers filed and proceedings held in connection with the Settlement, all of the other files, records, and proceedings in the Action, and being otherwise fully advised.

**IT IS HEREBY ORDERED AND ADJUDGED**, pursuant to Federal Rule of Civil Procedure 23(h), Class Counsel is awarded $849,915.00 for attorneys' fees, and $17,518.36 for litigation expenses. These payments shall be made out of the Settlement Fund in accordance with the Settlement Agreement. The Court evaluated Class Counsel's request applying the percentage of the common fund method and concludes that amount is within the range of reason under the factors listed in <u>In re Mills Corp. Sec. Litig.</u>, 265 F.R.D. 246 (E.D. Va. 2009).

**IT IS FURTHER ORDERED** that the Class Representatives, Kevin David Allport, Judy Kay Bishop, Karoline McKay, Labri Melzer, Timothy Taylor, Jacob Borrero, and Randall Sharp, are each awarded $2,500 Service Awards. The Service Awards shall be payable out of the Settlement Fund in accordance with the Settlement Agreement.

In the event the Effective Date of the Settlement does not occur, the Settlement shall be rendered null and void to the extent provided by and in accordance therewith, and this Order and any other order entered by this Court, including any final approval order entered in accordance with the terms of the Agreement, shall be vacated, nunc pro tunc.

Signed: December 22, 2025

Max O. Cogburn Jr.
United States District Judge